# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-60399
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK J. HANDSPIKE,

Defendant-Appellant.

Appeal from the United States District Court
For the Northern District of Mississippi
(4:94-CR-98-S)

February 3, 1998

Before POLITZ, Chief Judge, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Derrick J. Handspike appeals his conviction by a jury of conspiracy to possess cocaine base with intent to distribute and for possession of more than 50 grams of cocaine base with intent to distribute, in violation of 21 U.S.C.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§§ 841(b)(1)(A), 846. His appeal purports to challenge the sufficiency of the evidence.

Our review of the record and briefs reflects that Handspike actually challenges credibility evaluations made by the jury, a challenge rarely accepted at the appellate level. Our review discloses no reversible error and the convictions and sentences are AFFIRMED.